CAHILL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

USA$1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

2023 APR 20  PM 3: 39

DEPUTY CLERK___MS___

| | | |
|---|---|---|
| :BENITA :NELSON | § | **CIVIL ACTION** |
| :PAUL-DOUGLAS :CELESTINE | § | **CASE NO.**_____ |
| **PLAINTIFFS** | § | **3- 23CV0837 -G** |
| **V.** | § | |
| **FELICAIA PETRE** | § | |
| **ERIC V. MOYE** | § | |
| **BONNIE V. RIVERA** | § | |
| **DEFENDANTS** | § | |

---

**FEDERAL LAWSUIT FOR TITLE 42 §1983, TITLE 42 §1985, TITLE 42 §1986, TITLE 18 §641; TITLE 15 §1952 VIOLATION OF MARITIME LAW (FEDERAL LAW); THEFT OF THE ORIGINAL PLEADING BY THE STATE COURT CLERK; CIVIL RIGHTS ACT OF 1866 SECTION 1981, CIVIL RIGHTS ACT OF 1964: EQUALITY, TITLE 18 §242**

---

**TO THE HONORABLE COURT:**

   **THIS**, Lawsuit is being filed for all of the above mention reason against all the names of the Defendants for violation under the color of State Law. First the original plead in Dc-2202816 was filed with the Dallas County District Court Clerk, 600 Commerce St #103, Dallas, TX 75202. The original filing had a Fox 11 Stamp on it. It was signed on both sides as required in Maritime Law by the Plaintiff :Benita :Nelson. The jurisdiction is Texas, Federal Administrative. All of the Defendants came together in one mind to remove the original from the record. By doing so, violated Title 42 §1983, Title 42 §1985, Title 18 §242, also theft of a 4 million dollar

document for the lawsuit of DC-22-02816 valued at 4 million dollars. By the taking of the document, it breached the Honorable Judge's Oath Eric. V. Moye; Bonnie V. Rivera's Oath; and Felicaia Petre's Oath as Clerk. Thus, each of the Defendants knew of a crime and did not report it which is in violation of Title 42 §1986, and by that action, the actor violated the Civil Rights Act of 1964: Equality under the Color of State Law.

Each of the State of Texas Employees had a fiduciary duty to protect the United States Constitution and the Texas Constitution. The act or action by the Defendants has caused injury to the 4 million dollar lawsuit between the :Benita :Nelson and Brenda J. Williams. To file a lawsuit under Maritime Law means that the Truth and Facts shall come before the Court. In 1878 was established the American Bar Association in which all attorneys swore that no truth or fact shall come before the court, thus when Maritime Law is invoked by a party it is to know that both Truth and Facts shall come before the Honorable Court. This Honorable Court has violated that by the statement from the bench. The only jurisdiction is the Texas Jurisdiction. For 8,500 years Maritime Law has been in operation in the States and the world. Thus an error of law by the Hon. Eric V. Moye, by the violation of Due Process of Law. The Fox Stamp that was stolen has a value, thus a theft has occurred and by the Defendants actions by the conspiracy would be treason by the Honorable Judge and the Clerk. The Stamp has paid for the vessel to move through the sea of space and to be docked at the Clerk's Office.

Next the actor showed intent by changing the signature page on the first page which was signed as in the days of old and did the kings of the world would with the signet ring. :Benita :Nelson, the operation of Maritime Law was thwarted by the actions of the actor or Defendants. All the conduct is in violation of State Law and each of the Defendants violated their oath. They used their station to violate the Plaintiff's Civil Rights under the Color of State Law.

## STANDARD

Title 42 U.S. Code §1983 Civil Action for deprivation of rights. Every person who under the color of any statute ordinance, regulation, or usage of any state or territory subjects or cause to be subjected any citizen of the United States or other persons within the Jurisdiction thereof to the deprivation of any rights, privilege, or immunities secured by the Constitution and laws shall be liable to the party injured in an action at lawsuit in equity or other proper proceedings for redress. The parties cannot claim immunity by knowingly violating Federal Law by the theft of the original pleading. The 11th Amendment did not bar suits against the States under Federal Law. By the Theft alone violated Title 42 §1983 and their oaths protected by the United States Constitution.

The Plaintiffs are not dead at sea. There is no need to mourn justice by the wearing of the black robe, justice is alive. The Plaintiffs have met the elements of all their claims. The violations of the Defendants have caused a 4-million-dollar injury. The Plaintiffs are suing for 4 million dollars. The Defendants have violated the Plaintiff's 14th Amendment. The Court held that the Plaintiffs were not barred by the 11th Amendment or other immunity doctrines from suing state actors or other officials of a state alleging that they deprived the Plaintiff of Federal Rights under the Color of State Law and seeking damages. [Title 42 §1983].

Respectfully Submitted,

:Benita :Nelson   /s/   :Benita Nelson                           Date: April 20, 2023

:Paul-Douglas :Celestine  /s/  :Paul-Douglas :Celestine          Date: April 20, 2023

**CERTIFICATE OF SERVICE**

Wherefore the original lawsuit was filed in person walk in to the Clerk's Office Address:

United States District Clerk

1100 Commerce Street Room 1452

Dallas, TX 75242

:Benita :Nelson   /s/   :Benita Nelson                              Date: April 20, 2023

:Paul-Douglas :Celestine  /s/  :Paul-Douglas :Celestine            Date: April 20, 2023
**CERTIFICATE OF SERVICE**

Copy was served to the Defendants by Process Address:

600 Commerce Street

Dallas, Texas 75202

PAUL CELESTINE
3822 Valley Rd. #17
Houston TX 77026