IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BENITA NELSON and )
PAUL-DOUGLAS CELESTINE, )
 )
    Plaintiffs, )
 ) CIVIL ACTION NO.
VS. )
 ) 3:23-CV-0837-G-BH
FELICAIA PETRE, ET AL., )
 )
    Defendants. )

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.  By separate judgment, the plaintiffs' claims against the defendants Felicaia Petre and Bonnie V. Rivera will be **DISMISSED** without prejudice *sua sponte* for failure to comply with FED. R. CIV. P. 4(m).

---

    [*]    No objections were filed.

**SO ORDERED**.

October 12, 2023.

_____
A. JOE FISH
Senior United States District Judge