IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BENITA NELSON and | ) | |
| PAUL-DOUGLAS CELESTINE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-0837-G-BH |
| ERIC V. MOYÉ, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge,

in accordance with 28 U.S.C. § 636(b)(1),[*] the court is of the opinion that the

Findings and Conclusions of the Magistrate Judge are correct, and they are accepted

as the Findings and Conclusions of the court.  The motion to dismiss (docket entry

7), filed by the defendant Eric V. Moyé ("Judge Moyé"), is **GRANTED**.  By separate

judgment, any claims against Judge Moyé in an official capacity will be **DISMISSED**

without prejudice, and the claims against him in an individual capacity will be

---

[*]      No objections were filed.

**DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

        **SO ORDERED**.

October 24, 2023.

_____
A. JOE FISH
Senior United States District Judge